# KUCKER
# MARINO
# WINIARSKY
# & BITTENS, LLP

747 Third Avenue
New York, NY 10017

**T** 212.869.5030
**F** 212.944.5818
kuckermarino.com

May 14, 2026

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2026

<u>Via ECF filing</u>
The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    **Re:**    *Ashley Francis v. 40/42 Market Street Associates LLC and 123 Madison LLC*
          Docket No. 1:26-cv-01307 (GHW)(SLC)
          <u>First Letter Motion Requesting Adjournment of Initial Pretrial Conference</u>

Dear Judge Woods:

Our firm was initially retained to represent 40/42 Market Street Associates LLC ("Owner") in the referenced ADA action alleging barriers to access involving a restaurant. In compliance with Your Honor's Individual Practice Rules, Rule No. 1.E, this letter motion requesting an adjournment of the May 28, 2026 Initial Pretrial Conference. [Dkt. # 8] ("IPC Notice") and related deadlines is submitted jointly on behalf of all parties so as to provide defendants an opportunity to finalize Owner's insurance carrier's determination with respect to the appointment of counsel and to resolve issues concerning defendants' potential joint representation.

On or around March 18, 2026, the undersigned contacted counsel for plaintiff to advise of this firm's retention on behalf of Owner. We advised that we were in the process of determining whether our representation would be solely on behalf of Owner, or jointly with co-defendant, Owner's tenant, and requested an extension of time to investigate facts, confer with co-defendant, and move toward an efficient resolution of the matter.

On or around March 30, 2026, Owner advised the undersigned that it had forwarded the Summons and Complaint to its insurance carriers and was awaiting a coverage determination. On or around May 7, 2026 Owner's insurance carrier advised that Owner's request to use non-panel counsel had been "escalated." On May 13, 2026, the insurance carrier advised that it expected to have a determination as to the appointment of counsel within 7-14 days.

Based on the foregoing uncertainty as to the appointment of counsel and defendants' desire to resolve this matter efficiently and expeditiously, the parties have jointly agreed to request a 30-day adjournment of the Initial Pretrial Conference, to **June 29, 2026**, in order to afford the parties sufficient time to comply with, among other things, the meet-and-confer obligations as set forth in Paragraph 2 of the IPC Notice.

We greatly appreciate the Court's attention to this matter.

Respectfully submitted,

Jill L. Mandell, Esq.

Application granted.  The initial pretrial conference scheduled for May 28, 2026 is adjourned to July 10, 2026 at 4:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  May 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge