# KUCKER
# MARINO
# WINIARSKY
# & BITTENS, LLP

747 Third Avenue
New York, NY 10017
T 212.869.5030
F 212.944.5818
kuckermarino.com

June 29, 2026

**MEMORANDUM ENDORSED**

Via ECF filing
The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2026

**Re:**   *Ashley Francis v. 40/42 Market Street Associates LLC and 123 Madison LLC*
Docket No. 1:26-cv-01307 (GHW)(SLC)
Second Letter Motion Requesting Adjournment of Initial Pretrial Conference;
First Letter Motion Requesting Adjournment of Defendants' Time to Answer and
Request for Mediation Referral Order

Dear Judge Woods:

As detailed in my May 14, 2026 First Letter Motion Requesting Adjournment of Initial Pretrial Conference, our firm was initially retained to represent 40/42 Market Street Associates LLC ("Owner") in the referenced ADA action alleging barriers to access involving a restaurant. The first requested adjournment explained the need for additional time to determine whether our representation would be on behalf of both defendants, and for Owner's insurance carrier to finalize its determination. This firm is appearing on behalf of both defendants. [Dkt. Nos. 9, 12]

In compliance with Your Honor's Individual Practice Rules, Rule No. 1.E, this Second letter motion requests an adjournment of the currently scheduled July 10, 2026 Initial Pretrial Conference [Dkt. No. 11]. The parties have conferred and seek the opportunity to efficiently resolve this matter through the Court's mediation program.

Accordingly, defendants respectfully request (A) an adjournment of their time to answer; (B) a Mediation Referral Order; and (C) adjournment of the Initial Pretrial Conference pending the outcome of the mediation. This request is submitted on consent.

We greatly appreciate the Court's attention to this matter.

Respectfully submitted,

Jill L. Mandell, Esq.

Application granted. The initial pretrial pretrial conference scheduled for July 10, 2026 is adjourned to August 17, 2026 at 2:00 p.m. Defendant's deadline to answer or otherwise respond to the complaint is extended to August 17, 2026. The Court will issue a separate order referring the parties to the Court-annexed mediation program. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated: June 29, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge