**THE PARKER LAW GROUP P.C.**
**28 Valley Road, Suite 1**
**Montclair, New Jersey 07042**
**Phone: (347) 292-3042**
**ghp@parkerlawusa.com**

**MEMORANDUM ENDORSED**

August 6, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2026

Via ECF filing
The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Re:** *Ashley Francis v. 40/42 Market Street Associates LLC and 123 Madison LLC*
**Docket No. 1:26-cv-01307 (GHW)(SLC)**

Dear Judge Woods:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to adjourn the August 17, 2026 initial conference to a date in October 2026. The reason for this request is because the parties desire to spend their efforts toward resolving this action. On June 30, 2026, Your Honor issued a mediation referral Order for mediator to be assigned by July 13, 2026. The mediation office, however, was not able to assign a mediator until August 3, 2026. See Docket entry of August 3, 2026.

The parties are scheduled to have an initial conference with the mediator on Monday, August 10 and hope to schedule the mediation to occur in September 2026. Accordingly, the parties respectfully ask to adjourn the conference until after the parties participate in mediation. This is the second application to adjourn the initial conference and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

Application granted. The conference scheduled for August 17, 2026 is adjourned to October 15, 2026 at 3:00 p.m. The parties' deadline to file a joint letter as specified in the Court's order setting that conference is adjourned to October 8, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.
Dated: August 6, 2026

GREGORY H. WOODS
United States District Judge